UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:20-CR-97 |
| v. | ) | |
| | ) | JUDGES GUYTON/VARLAN |
| | ) | |
| JAMES CANTY III, a/k/a "Duke" | ) | |

## MOTION TO UNSEAL INDICTMENT

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, hereby files this motion to unseal the Indictment as to the above-referenced defendant. The defendant is in custody and in need of an initial appearance, and a copy of the Indictment needs to be provided to him.

Respectfully submitted, this the 17th day of November, 2020.

J. DOUGLAS OVERBEY
UNITED STATES ATTORNEY

By: *s/Brent N. Jones*
BRENT N. JONES
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, Tennessee 37902
(865) 545-4167
Brent.jones@usdoj.gov
BPR# 025946