

FILED
DEC 11 2020
U.S. District Court
District of Tennessee
Knoxville

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA,

    Plaintiff,

v.                          CASE NO.:   3:20cr97 TNED

JAMES CANTY, III

    Defendant

_____/

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned counsel for defendant James Canty, III , Ray E Richards, Jr., hereby moves for admission to appear in the above captioned matter/action *pro hac vice*.

1. Pursuant to E.D. Tenn. L.R. 83.5(b)(1), the filing fee is $90.00, which is enclosed with this motion.

2. I am a member in good standing in the highest court of the State of Michigan.

3. I am also in good standing of another federal district court, namely the United States District Court for the Eastern District of Michigan and my certificate of good standing for said district is attached as **Exhibit A**.

4. I am also and have been a member of the Criminal Justice Act Panel here in the Eastern District of Michigan for over ten (10) years. And I am in current good standing with the same and currently accepting assignments on behalf of indigent clients here in the U.S. District Court for Eastern District of Michigan in private practice.

I declare under penalty of perjury that the foregoing is true and correct.

5. Wherefore I move this court for admission *pro hac vice* for the above case, in this district, based on my good standing and status within the State of Michigan Bar, the Federal District Court for the Eastern District of Michigan and also as a Criminal Justice Panel Act attorney/panel here in the Eastern District of Michigan.

Respectfully submitted,

Dated: December 9, 2020

/s/ _____
Ray E. Richards, Jr. (P56972)
Defense Counsel for Mr. James Canty III
200 East Big Beaver Road
Troy, Michigan 48083
Telephone No. 313-694-8400
Email: rayrichardsesq@gmail.com

# United States District Court
## Eastern District of Michigan

# CERTIFICATE OF GOOD STANDING

I, David J. Weaver, Clerk of Court, certify that

# *Ray E. Richards*

was duly admitted to practice in this Court on 12/09/1997,

and is in good standing as a member of the Bar of this Court.

Dated at Detroit, Michigan on 12/10/2020.

**David J. Weaver**
Clerk

*Tracy Thompson*
Deputy Clerk